IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HET-JV, HUNG-YI CONSTRUCTION CO., LTD., EVERGREEN INTERNATIONAL ENGINEERING CORP., and TA CHEN CONSTRUCTION & ENGINEERING CORP.,<br><br>　　　　　　　Movants,<br><br>　　　v.<br><br>WESTON SOLUTIONS, INC.,<br><br>　　　　　　　Respondent. | MISCELLANEOUS ACTION<br><br><br><br><br>NO. 13-100 |

# O R D E R

**AND NOW**, this 3rd day of June, 2013, upon consideration of movants' Motion to Vacate Arbitration Award (Document No. 1, filed April 8, 2013), respondent's Counter-Motion for Confirmation of Arbitration Award (Document No. 3, filed April 22, 2013), and HET's Response to Weston's Counter-Motion for Confirmation of Arbitration Award (Document No. 8, filed May 14, 2013), for the reasons set forth in the Memorandum dated June 3, 2013, **IT IS ORDERED** that movants' Motion to Vacate Arbitration Award and respondent's Counter-Motion for Confirmation of Arbitration Award are each **DENIED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** and the Clerk of Court shall **MARK** the case **CLOSED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**JAN E. DuBOIS, J.**